FILED
Charlotte
Mar 18 2025
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
8:14 am, Feb 24 2025
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) |
|---|---|
| v. | ) |
| SHAQUILLE DIXON | ) Case No. 3:25 cr 31-KDB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) SHAQUILLE DIXON,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1343
18 U.S.C. § 1957

Date: 2/20/25

Issuing officer's signature

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
Printed name and title

### Return

This warrant was received on (date) 2/24/2025, and the person was arrested on (date) 3/7/25
at (city and state) Statesville NC.

Date: 3/10/2025

Arresting officer's signature

Special Agent Daniel Elisalda
Printed name and title